# 19 CV 3469

Page | 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPROVED:

---

BEFORE: HONORABLE _____
    UNITED STATES MAGISTRATE JUDGE
    SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America,**<br><br>Ex rel, **TINETA NEWTON**<br><br>**Plaintiff,**<br><br>Vs.<br><br>MAJOR DEVELOPMENT 52 CORP<br>STARK LAW PLLC<br>JUSTIN P. GROSSMAN, BADGE #28<br>DAVID RAFOUA<br><br><br>**Defendants** | **US CASE NO:**<br><br>VIOLATIONS OF 18 U.S.C 241 & 242, TITLE 18, UNITED STATES CODE, PART 1, CHAPTER 47, SECTION 1001 et seq., and Pub. L. 104-292<br><br>**CRIMINAL COMPLAINT**<br>**AFFIDAVIT IN SUPPORT**<br>**COUNTY OF OFFENSE:**<br>**BRONX**<br><br>**3321 FENTON AVENUE**<br>**BRONX, NY 10469** |

**United States Attorney's Office**
**Sothern District of New York,**
1 SAINT ANDREWS PLAZA
NE W YORK, New York 10007

## CRIMINAL COMPLAINT

**STATE OF NEW YORK):**

**COUNTY OF BRONX):**

Page | 2

Tineta Newton, appearing pursuant to Article 16, of the International Covenant on Civil and Political Rights, as ratified by the United States October 5, 1977, and as such incorporated herein as though operating within the United States Constitution pursuant to Article 6, paragraph 2, and now being deposed respectfully appears upon the best of her knowledge, experience and belief and charges as follows against the named parties:

## COUNT ONE

### Continuing Conspiracy to INJURE, OPPRESS, THREATEN AND INTIMIDATE RELATOR.

1. From at least in or about APRIL 10, 2019, defendant, **JUSTIN P. GROSSMAN**, acting under color of law and with the inducement and alliance with defendants MAJOR DEVELOPMENT 52 CORP, STARK LAW PLLC, DAVID RAFOUA, and continuing to the date of the filing of this action, INVADED the residence of Relator, Tineta Newton, at 3321 FENTON AVENUE, BRONX, NY 10469, and threatened, harassed the residents of the said unit invading every room in the apartment, AND unlawfully ransacked and removed the relator's private property that was in dwelling;

2. The relator has carefully documented the items and their values as she knew them while in her possession. [PLEASE SEE attached list]

3. aid siege on the residents including relator, without lawful authority.

4. Said defendants on the day of APRIL 10, 2019, harassed the residents of the RELATOR'S HOUSE, invading every room in the apartment, without lawful authority and in violation of Sections 241 & 242 of Title 18, UNITED STATES CODE, TITLE 18, UNITED STATES CODE, PART 1, CHAPTER 47, SECTION 1001 ET SEQ., AND PUB. L. 104-292.

5. UPON INFORMATION AND BELIEF, THE RELATOR is of the suspicion that the defendants have destroyed her property without proper due process, including, but not limited her Cat.

6. WHEREFORE, the Relator, Tineta Newton, respectfully ask that the full brunt of listed restraints incumbent inside Sections 241 & 242 of Title 18, UNITED STATES CODE, TITLE 18, UNITED STATES CODE, PART 1, CHAPTER 47, SECTION 1001 ET SEQ., AND PUB. L. 104-292, as punishment for the said violations of them, be invoked on her behalf against the named individual defendants herein, to wit, **JUSTIN P. GROSSMAN**, MAJOR DEVELOPMENT 52 CORP, STARK LAW PLLC, DAVID RAFOUA, in keeping with the preservation of the rule of law and the supremacy of the United States Constitution.

7. WHEREFORE, the affiant respectfully asks that arrest warrants be issued forthwith against all the named defendants, to wit, **JUSTIN P. GROSSMAN**,

MAJOR DEVELOPMENT 52 CORP, STARK LAW PLLC, DAVID RAFOUA, for their dreadful acts and deed.

8. This is the first time affiant is seeking this emergency relief by way of this criminal complaint.

Dated: Bronx, New York
April 17, 2019

By: _____
TINETA NEWTON
3321 FENTON AVENUE
BRONX, NY 10469

Sworn to before me this
__17__ Day of APRIL, 2019

New York Notary Public

Nychika J Luker
Notary Public, State of New York
Bronx County
Lic. # 01LU6348521
Expires 09/26/2020

My Commission Expires   9/26/2020

**TO:**

**United States Attorney's Office**
**Sothern District of New York,**
1 SAINT ANDREWS PLAZA
NE W YORK, New York 10007

**DEFENDANTS**
STARK LAW PLLC
1325 CASTLE HILL AVENUE
BRONX, NY 10462
718-792-1200

**CITY MARSHAL**
**JUSTIN P. GROSSMAN, BADGE #28**
**378 93RD STREET, SUITE 1R**
**BROOKLYN, NY 11209**

Itemized belongings
Basement of 3321 Fenton Avenue


Radiators air conditioners., fans  - $1900
New indoor - outdoor carpet - $200.00
Basement furniture  - $3700
New tiles for floor plus install - pant closet $2500

Washer 2017 - $1300
Dryer - $900

Equipment for volunteer community fitness engagements
Steppers 10 - $499
Resistance balls  - 12 - $438
Brand New Road Bike 2017 Outside bikes, scooter skate boards, balls, beach gear grill and equipment $777
Free weights for work outs $2600

Rugs and shelving, house equipment, including garbage bags, water vacuum, brooms soap supplies, Cat Food Cat Litter  and toys and carrier - batteries generator Chairs outdoor furniture  $2900

 Kitchen
Food - Stove Refrigerator  - Pots pans utensils $3500

Dinning Room vintage slate rot iron table 1200
Vintage solid wood china retro $890

Living room - Picture and mirror $500
Shelving  $300
Coach and chairs  $1300
Personal PC computer office supplies  $3300

Large Bedroom clothes estimated $16000
Shoes/Boots  $3000

Bed and furniture  $5100
Bathroom  Toiletries $500

Second bedroom - Computer and printer $4400
Bedroom furniture $3500
Clothes including shoes $7000
Books, educational items, shelving pens, office supplies $3300
Camera's phones electronics, including 3 play stations, iPads, mobile tech $3400

Third small room Shelves $450

Bed $500
Books, clothes storage of all $3000
Jewelry - GOLD $17,000

Total    $84,964