UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINETA NEWTON,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MAJOR DEVELOPMENT 52 CORP.;<br>STARK LAW, PLLC; JUSTIN P.<br>GROSSMAN, BADGE #28; DAVID<br>RAFOUA,<br><br>                    Defendants. | 19-CV-3469 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 2, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 2, 2019
         New York, New York

                                            _____
                                                   Louis L. Stanton
                                                     U.S.D.J.